IN the INTEREST OF: J.M.T., a minor

**2058 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

A–8454 (Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

IN the INTEREST OF: K.R.T., a Minor

**2059 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

(Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

IN the INTEREST OF: N.N.T., a minor

**2060 MDA 2016**

Superior Court of Pennsylvania.

06/12/2017

A–8457

(Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

**v.**

**GROVER, D.**

**994 WDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–02–CR–0005610–1994 (Allegheny)

Affirmed

**COM.**

**v.**

**BERRY, E.**

**1021 WDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–02–CR–0000846–2007 (Allegheny)

Affirmed

